# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

TODD LOPEZ, *as Personal Representative*
*of the Wrongful Death Estate of Raymond Gabehart,*

    Plaintiff,

v.                                                                                                  Civ. No. 22-826 GJF/KK

CANTEX HEALTH CARE CENTERS II, LLC, *et al.*,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

    The Court will hold a Telephonic Status Conference on **Friday, December 9, 2022, at 10:30 a.m. MST.** Counsel are to call Judge Khalsa's AT&T Conference Line at (877) 848-7030 and enter the code 7324132 to connect to the proceedings.

    IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE